**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

| | |
|---|---|
| Richard J. Laukitis,<br><br>Plaintiff,<br><br>vs.<br><br>St. Olaf College, Scott Nesbit, Peter Nau, Nicolas C. Pavlovich and Karl T. Wilbur,<br><br>Defendants. | FILE NO. CV 00-2677 ADM/AJB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**and**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and among the parties in this case, through their undersigned attorneys, that this case may be dismissed, with prejudice and on the merits, and without further costs to any of the parties.

Dated: August 6, 2001.

PEMBERTON, SORLIE, RUFER & KERSHNER, P.L.L.P.

By ______________________
Stephen F. Rufer
Attorney No. 94286
110 North Mill Street
P.O. Box 866
Fergus Falls, Minnesota 56538-0866
Telephone: (218) 736-5493

**Attorneys for Plaintiff**
**Richard J. Laukitis**

FILED AUG 0 9 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: June 21, 2001.

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.

By Michael R. Cunningham
Michael R. Cunningham
Attorney No. 20424
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 343-2800

**Attorneys for Defendants**
**St. Olaf College and Scott Nesbit**

Dated: 6-25, 2001.

TERHAAR, ARCHIBALD, PFEFFERLE
& GRIEBEL, L.L.P.

By
Steven J. Pfefferle
Attorney No. 173241
300 First Avenue North, Suite 220
Minneapolis, Minnesota 55401
Telephone: (612) 573-3000

**Attorneys for Defendant**
**Peter Nau**

Dated: June 26, 2001.

GREENE ESPEL, P.L.L.P.

By Larry D. Espel
Larry D. Espel
Attorney No. 27595
1700 Metropolitan Centre
333 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 373-0830

**Attorneys for Defendant**
**Nicolas C. Pavlovich**

Dated: July 9, 2001, 2001.

LIND, JENSEN, SULLIVAN & PETERSON, a Professional Association

By [signature]
Ted E. Sullivan
Attorney No. 122452
150 South Fifth Street
Suite 1700
Minneapolis, Minnesota 55402-1498
Telephone: (612) 333-3637

**Attorneys for Defendant**
**Karl T. Wilbur**

**ORDER**

IT IS HEREBY ORDERED that this case shall be dismissed with prejudice.

Dated: August 8, 2001.

By the Court

[signature]
Ann D. Montgomery
Judge of United States District Court

75779/82017
GP:804787 v1